# MEMO ENDORSED

**PHILLIPS & PAOLICELLI, LLP**
ATTORNEYS AT LAW
747 THIRD AVENUE
6TH FLOOR
NEW YORK, NY 10017

(212) 388-5100
FAX: (212) 388-5200

> Plaintiff's request to withdraw the motion to compel is granted. The Clerk of Court is respectfully directed to terminate the motion, Doc. 84. It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: April 6, 2023
> New York, New York

April 5, 2023

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   **A.F., et al v. Sorin et al.**
         Case No.: 1:17-cv-05903-ER

Dear Judge Ramos,

This office represents the Infant Plaintiff in the above-referenced action. I write in connection with Plaintiff's Motion to Compel, filed on March 31, 2023. *See* Dkt. Nos. 84-86. Specifically, I write to advise the Court that, subsequent to the filing of Plaintiff's motion, Defendants' counsel proposed a good faith compromise which, after some negotiation, was deemed agreeable to the Plaintiff. Although Defendants have yet to provide the responsive information agreed upon in connection with our settlement of this issue, they have represented that they will produce same in short order. Therefore, in reliance on Defendants' counsel's representation, Plaintiff hereby asks that the Court withdraw her motion to compel.

Respectfully Submitted
PHILLIPS & PAOLICELLI, LLP

*Ari L. Taub*
Ari L. Taub, Esq.
ID No. AT1211

cc: (*via ECF*)

**Katy Koski, Esq.**
**Jenny Wang, Esq.**
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199

{00076595}