UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.F., an Infant by and Through Her Mother and
Natural Guardian Yael Fogel, *and* YAEL
FOGEL, individually,

                Plaintiffs,

        – *against* –

SORIN GROUP USA, INC., SORIN CRM
USA, INC., CARBOMEDICS, INC., SORIN
GROUP CANADA, INC., and JOHN DOE
COMPANIES AND/OR CORPORATIONS 1
THROUGH 10,

                Defendants.

**ORDER**

17-cv-5903 (ER)

Ramos, D.J.:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated **within sixty (60) days** of

the date hereof.  The parties' request to file the settlement agreement under seal is granted.

Any application to reopen must be filed **within sixty (60) days** of this Order; any

application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are

advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing

any settlement agreement, they must submit the settlement agreement to the Court **within the**

**next sixty (60) days** with a request that the agreement be "so ordered" by the Court.

        SO ORDERED.

Dated:   July 7, 2023
          New York, New York

                                      Edgardo Ramos, U.S.D.J.